**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**
_____

**LAVAR DAVIS, 976-A-4572,**

            **Plaintiff,**

      **-vs-**                                        **11-CV-0431Sr**

**C.O. JASON RYNKEWICZ,**

            **Defendant.**
_____

## ORDER

In preparation for the trial of this matter, currently scheduled for September 27, 2016, the New York State Department of Corrections & Community Supervision is directed to permit reasonably frequent telephone conferences between plaintiff, Lavar Davis, and his *pro bono* counsel, John Paul Bringewatt, Esq. of Harter Secrest & Emery LLP, at mutually agreeable dates and times as requested by plaintiff's counsel.

      **SO ORDERED.**

**DATED:**    Buffalo, New York
               September 8, 2016

                                                    s/ H. Kenneth Schroeder, Jr.
                                                **H. KENNETH SCHROEDER, JR.**
                                                **United States Magistrate Judge**